■ MARCY EXCAVATION COMPANY, INC., Appellant, v TOWN OF THROOP et al., Respondents. [775 NYS2d 627]—Appeal from a judgment (denominated order) of the Supreme Court, Cayuga County (Peter E. Corning, A.J.), entered February 11, 2003. The judgment converted the action to a proceeding pursuant to CPLR article 78 and granted defendants' motion to dismiss the proceeding.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Pigott, Jr., P.J., Pine, Wisner, Scudder and Lawton, JJ.